# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BRANDON JOREL SCOTT, #02327871 § | |
| § | |
| VS. § | CIVIL CASE NO. 4:25-cv-148 |
| § | |
| DIRECTOR, TDCJ-CID § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Aileen Goldman Durrett, who issued a Report and Recommendation concluding that the petition for writ of habeas corpus should be dismissed without prejudice. No objections were timely filed.[1]

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** without prejudice.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**. **SIGNED this 7th day of January, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Report (Dkt. #20) was returned as undeliverable on November 24, 2025, and marked, "RTS [return to sender" and "Discharged." (Dkt. #21). Petitioner has not updated his address with the Court.