# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| BRANDON JOREL SCOTT, #02327871 § | |
| § | |
| VS. § | CIVIL CASE NO. 4:25-cv-148 |
| § | |
| DIRECTOR, TDCJ-CID § | |

## FINAL JUDGMENT

Having considered the petition and rendered its decision by its Order of Dismissal issued this date, the Court **ORDERS** that the case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**SIGNED this 7th day of January, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE